UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAMES BRANDON,                                          CASE NO.: 9:22-cv-81327

    Plaintiff,

v.

PARAMOUNT RECOVERY SYSTEMS, L.P.;
HEALTHCARE REVENUE RECOVERY GROUP, LLC;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
TRANSUNION LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned hereby appears in this action as lead counsel for Defendant, PARAMOUNT RECOVERY SYSTEMS, L.P., and requests that all future pleadings, motions, notices, and correspondence be served on undersigned counsel pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court.

Dated the 3rd day of October, 2022.        PARAMOUNT RECOVERY SYSTEMS, L.P.

                                          By:   */s/ Hector E. Lora*
                                                  Hector E. Lora, Esq.
                                                  Fla. Bar No. 755842
                                                  **MAURICE WUTSCHER LLP**
                                                  1801 N.E. 123rd Street, Suite 314
                                                  North Miami, Florida, 33181
                                                  Direct Tel. No. (786) 553-8082
                                                  Fax: (305) 757-6682
                                                  Email: HLora@MauriceWutscher.com and Litigation@MauriceWutscher.com

**Certificate of Service**

I CERTIFY that on the **3rd day of October, 2022**, a copy hereof was served on the following interested parties via CM/ECF:

Trescot Gear, Esq.
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ  85281
E-mail: trescotgear@gmail.com
*Counsel for Plaintiff*

s/ *Hector E. Lora*