UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAMES BRANDON,                                                     CASE NO.: 9:22-cv-81327

      Plaintiff,

v.

PARAMOUNT RECOVERY SYSTEMS, L.P.;
HEALTHCARE REVENUE RECOVERY GROUP, LLC;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
TRANSUNION LLC,

Defendants.
_____/

## DEFENDANT PARAMOUNT RECOVERY SYSTEMS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, PARAMOUNT RECOVERY SYSTEMS, L.P. ("PARAMOUNT"), by its counsel, moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file its response to Plaintiff's Complaint and in support states as follows:

    1.    This is an action alleging that PARAMOUNT violated the federal Fair Credit Reporting Act ("FCRA") and the federal Fair Debt Collection Practices Act ("FDCPA").

    2.    PARAMOUNT was served with process on September 12, 2022 through its Registered Agent, which means its response to the Complaint is due by October 3, 2022.

    3.    PARAMOUNT requires additional time to investigate the facts alleged in the Complaint to determine the validity of the claims raised in the Complaint.

    4.    Undersigned counsel for PARAMOUNT attempted to confer with Plaintiff's counsel regarding this Motion, but did not receive a response before this Motion was filed.

**Memorandum of Law**

5. Pursuant to Federal Rule of Civil Procedure 6(b), the Court for cause shown may, in its discretion, order an enlargement of time if request is made before the expiration of the period originally prescribed or, upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

WHEREFORE, PARAMOUNT RECOVERY SYSTEMS, L.P., requests that this Court enter an Order enlarging the deadline for it to serve its response to the Complaint up to and including October 13, 2022.

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida, the undersigned certifies:

[ ] that he has conferred with Plaintiff's counsel who **does not object** to the relief requested in this motion.

[ ] that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

[ √ ] that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement (including the date, time, and manner of each effort), but has been unable to do so. **Undersigned counsel sent an email to plaintiff's counsel at 2:24 p.m. on October 3, 2022, but received no response before close of business.**

Dated the 3rd day of October, 2022.          Respectfully submitted,

                                             **PARAMOUNT RECOVERY SYSTEMS, L.P.**

By:  /s/ *Hector E. Lora*
Hector E. Lora, Esq.
Florida Bar No. 755842
**MAURICE WUTSCHER LLP**
1801 N.E. 123rd Street, Suite 314
North Miami, FL 33181
Direct: (786) 553-8082
Fax:  (866) 581-9302
E-mail: hlora@mauricewutscher.com and
litigation@mauricewutscher.com

### Certificate of Service

I CERTIFY that on the **3rd day of October, 2022**, a copy hereof was served on the following interested parties via CM/ECF:

Trescot Gear, Esq.
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ  85281
E-mail: trescotgear@gmail.com
*Counsel for Plaintiff*

s/ *Hector E. Lora*