UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAMES BRANDON,                                                    CASE NO.: 9:22-cv-81327

    Plaintiff,

v.

PARAMOUNT RECOVERY SYSTEMS, L.P.;
HEALTHCARE REVENUE RECOVERY GROUP, LLC;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
TRANSUNION LLC,

Defendants.
_____/

## DEFENDANT PARAMOUNT RECOVERY SYSTEMS' AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, PARAMOUNT RECOVERY SYSTEMS, L.P. ("PARAMOUNT"), by its counsel, moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file its response to Plaintiff's Complaint and in support states as follows:

1. This is an action alleging that PARAMOUNT violated the federal Fair Credit Reporting Act ("FCRA") and the federal Fair Debt Collection Practices Act ("FDCPA").

2. PARAMOUNT was served with process on September 12, 2022 through its Registered Agent, which means its response to the Complaint was due by October 3, 2022.

3. PARAMOUNT requires additional time to investigate the facts alleged in the Complaint to determine the validity of the claims raised in the Complaint and to respond to the Complaint for the following reasons: the attorney who is the point-of-contact with the client, PARAMOUNT, a resident of the State of Texas who is not admitted to the Bar of this Court, has been dealing with illness and a heavy workload, coupled with communication issues with the

client, which prevented him from contacting his partner, local undersigned counsel, until the morning of October 3rd, when PARAMOUNT'S response to the Complaint was due. Undersigned counsel sent an email to Plaintiff's counsel local counsel, Trescot Gear of Gear Law, LLC in an attempt to confer regarding whether he objected to the requested brief first extension of time. Undersigned counsel acknowledges that he should have tried to reach Plaintiff's counsel by telephone, but simply got side-tracked with other work and did not do so inadvertently.

4. Undersigned counsel waited until close of business on October 3rd and filed the first Motion for Extension of Time on 5:15 p.m. Thus, the Motion was not, with all due respect to this Court, "late filed" in the sense of being filed past the deadline to respond. The following day, October 4th at 12 Noon, undersigned counsel received an email from an attorney named Michael D. Adams from McCarthy Law, PLC in Scottsdale, Arizona, stating they "do not oppose the 10 day extension." This law firm is listed as Plaintiff's counsel on page 19 of the Complaint along with Gear Law, LLC of Tampa.

**Memorandum of Law**

5. Pursuant to Federal Rule of Civil Procedure 6(b), the Court for cause shown may, in its discretion, order an enlargement of time if request is made before the expiration of the period originally prescribed or, upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

WHEREFORE, PARAMOUNT RECOVERY SYSTEMS, L.P., requests that this Court enter an Order enlarging the deadline for it to serve its response to the Complaint up to and including October 13, 2022.

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3) of the United States District Court for the Southern

District of Florida, the undersigned certifies:

[ √ ] that he has conferred with Plaintiff's counsel who **does not object** to the relief requested in this motion.

[  ] that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

[  ] that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement (including the date, time, and manner of each effort), but has been unable to do so.

Dated the 7th day of October, 2022.  Respectfully submitted,

**PARAMOUNT RECOVERY SYSTEMS, L.P.**

By: /s/ *Hector E. Lora*
Hector E. Lora, Esq.
Florida Bar No. 755842
**MAURICE WUTSCHER LLP**
1801 N.E. 123rd Street, Suite 314
North Miami, FL 33181
Direct: (786) 553-8082
Fax:  (866) 581-9302
E-mail: hlora@mauricewutscher.com and
litigation@mauricewutscher.com

**Certificate of Service**

I CERTIFY that on the **7th day of October, 2022**, a copy hereof was served on the following interested parties via CM/ECF:

Trescot Gear, Esq.
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ  85281
E-mail: trescotgear@gmail.com

*Counsel for Plaintiff*

s/ *Hector E. Lora*