IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| James Brandon,<br><br>　　　Plaintiff,<br><br>v.<br><br>Paramount Recovery Systems, L.P.;<br>Healthcare Revenue Recovery Group, LLC;<br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>　　　Defendants. | CA No. 9:22-cv-81327-DMM<br><br>**MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT** |

Plaintiff James Brandon ("Plaintiff"), has given this Court notice that he settled his case against Defendant Experian Information Solutions, Inc. ("Defendant"). Because performance of the agreement has not been completed, Plaintiff asks the Court to retain jurisdiction over Defendant to enforce the terms of the settlement. Plaintiff requests the Court to retain jurisdiction for a period of (60) days, or a period the Court sees fit, to enforce the parties' settlement.

## MEMORANDUM OF LAW

The Court has authority to retain jurisdiction to enforce the parties' settlement agreement. "If the parties wish to provide for the court's enforcement of a dismissal-producing settlement agreement, they can seek to do so." *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381, 114 S.Ct. 1673, 1677, 128 L. Ed.2d 391 (1994).

Plaintiff certifies that counsel has conferred with counsel for Defendant regarding this motion pursuant to S.D. Fla. L.R. 7.1(a)(3) and Defendant does not oppose this motion.

Dated: October 28, 2022

/s/Trescot Gear
Gear Law, LLC
1405 W. Swann Ave.
Tampa FL, 33606

Mailing Address
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Trescot Gear