UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-81327-CV-MIDDLEBROOKS

JAMES BRANDON,

Plaintiff,

v.

PARAMOUNT RECOVERY SYSTEMS, L.P.;
HEALTHCARE REVENUE RECOVERY
GROUP, LLC; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; AND TRANSUNION, LLC.;

Defendants.
_____/

## ORDER DISMISSING CERTAIN DEFENDANTS

THIS CAUSE comes before the Court on Plaintiff's Notices of Voluntary Dismissal with Prejudice of Defendant Equifax Information Services, LLC filed on November 17, 2022. (DE 38). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Equifax Information Services, LLC has served neither filing. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **TERMINATE** Defendant Equifax Information Services, LLC as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23rd day of November, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record