**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 9:22-cv-81327-DMM

JAMES BRANDON,

    Plaintiff,

v.

PARAMOUNT RECOVERY SYSTEMS, LP,
HEALTHCARE REVENUE RECOVERY GROUP, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
and TRANSUNION, LLC,

    Defendants.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND NOTICE SCHEDULING MEDIATION

Pursuant to the Court's Order [DE 35] referring this case to mediation, the undersigned counsels have selected Gregory P. Holder to mediate this matter on March 22, 2023, commencing at 1:30P.M..

Dated this **28th day of November 2022.**

| | |
|---|---|
| */s/Trescot Gear* | */s/ Ernest H. Kohlmyer, III* |
| Trescot Gear | Ernest H. Kohlmyer, III, Esquire |
| Gear Law, LLC | Florida Bar No. 110108 |
| 1405 W. Swann Ave. | Skohlmyer@shepardfirm.com |
| Tampa, FL 33606 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Telephone: (602) 456-8900 | 2300 Maitland Center Parkway, Suite 100 |
| Fax: (602) 218-4447 | Maitland, Florida 32751 |
| Attorney for Plaintiff | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

/s/ Hector E. Lora
Hector E. Lora, Esq.
Maurice Wutscher LLP

1801 N.E. 123rd Street, Suite 314
North Miami, FL 33181
Direct Tel. no. (786) 553-8082
Fax: (305) 757-6682
Email: hlora@MauriceWutscher.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **November 28th, 2022**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Trescot Gear, Esquire, at trescotgear@gmail.com and to Hector Lora, Esquire at hlora@MauriceWutscher.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group*