UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81327-MIDDLEBROOKS

JAMES BRANDON,

    Plaintiff,

vs.

PARAMOUNT RECOVERY SYSTEMS, L.P.,
et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT

THIS CAUSE comes before the Court upon the Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC's Stipulation of Dismissal with Prejudice, filed January 11, 2023. (DE 49). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Plaintiff's claims against Paramount Recovery Systems, L.P. remain pending.

Accordingly, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff's claims against Defendant Healthcare Revenue Recovery Group, LLC's are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **TERMINATE** Defendant Healthcare Revenue Recovery Group, LLC as a defendant in this case.

(3) Each party shall bear their own fees and costs.

(4) Pursuant this Court's Order Granting Plaintiff's Motion to Retain Jurisdiction (DE 48), this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of 60 days.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18 day of January, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record