UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81327-MIDDLEBROOKS

JAMES BRANDON,

    Plaintiff,

vs.

PARAMOUNT RECOVERY SYSTEMS, L.P.,
et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Plaintiff and Defendant PARAMOUNT RECOVERY SYSTEMS, L.P.'s Stipulation of Dismissal with Prejudice, filed March 30, 2023. (DE 54). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. All other Defendants have been dismissed. (*See* DE 31; DE 41; DE 42; DE 51).

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

SIGNED in Chambers at West Palm Beach, Florida, this 31 day of March, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record